UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


BETHANY BOURG                                DOCKET NO.

v.

RUBY MANAGEMENT, INC.,                       JUDGE:
    dba  IHOP                                Magistrate Judge:

## COMPLAINT

### Jurisdiction and venue

1. This matter is brought under 42 USC sec. 2000e and jurisdiction is based thereon.  Venue in this district is proper because all conduct complained of occurred therein. Supplemental jurisdiction is pled as to all state law counts.

### Right-to-sue

2. Plaintiff received a Right-to-sue letter dated November 5, 2012.

### Parties

3. Plaintiff, Bethany Bourg, was a server at the IHOP restaurant in Boutte, La. Defendant, Ruba Management, dba IHOP, is a resident of Louisiana.

### Count 1 -Co-employee sexual harassment

4. Plaintiff was hired as a server at IHOP on August 1, 2013 and was discharged September 4, 2013. During her employment she was subjected to repeated unwelcome sexual remarks by a co-employee, Melvin (H male), LNU who blew kisses at her, and made sexual gestures at her.  On one occasion he grabbed her by the arm and rubbed his genital area across her buttocks.

5. She complained to the two top managers, but no action was taken.

6. The foregoing are alleged to constitute sexual harassment of plaintiff

under federal law.

### Count 2-Co-employee sexual harassment

7. The foregoing are alleged to constitute sexual harassment of plaintiff under state law.

### Count 3- illegal discharge

8. Plaintiff was discharged on September 4, 2013.   The reason given was pretextual.

### Relief sought

9. Plaintiff seeks all legal and equitable relief, including, but not limited to the value of benefits denied; back and front pay; damages for emotional distress; punitive damages; attorney fees; costs; and trial by jury.

    Respectfully submitted,
    /s/ J Courtney Wilson 13561
    J Courtney Wilson
    1510 Veterans Blvd
    Metairie, La 70005
    (T) 504/832-0585
    (F) 504/846-2400
    E/m cwilson@courtlaw.net (Fax preferred)

PLEASE DO NOT ISSUE SUMMONS
NOTICE AND WAIVER WILL BE USED